**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | | |
|---|---|---|
| MICHAEL LESKI, | : | |
| | : | Civ. Action No. 16-3125 (RMB) |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| THE STATE OF NEW JERSEY, | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |

This matter comes before the Court upon notice that Plaintiff Michael Leski has died. The Court will administratively terminate this matter, subject to reopening upon timely substitution of a plaintiff. <u>See</u> Federal Rule of Civil Procedure 25(a).

**IT IS** therefore on this **23rd day of March 2020**,

**ORDERED** that the Clerk shall administratively terminate this matter.

s/Renée Marie Bumb<br>
**RENÉE MARIE BUMB**<br>
**United States District Judge**