**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | | |
|---|---|---|
| MICHAEL LESKI, | : | |
| | : | Civ. Action No. 16-3125 (RMB) |
| Plaintiff, | : | |
| | : | |
| v. | : | **OPINION** |
| | : | |
| THE STATE OF NEW JERSEY, | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |

On March 23, 2020, this matter was administratively terminated upon notice of the death of Plaintiff. Federal Rule of Civil Procedure 25(a) provides that if a motion for substitution is not made with 90 days of service of a statement noting a party's death, the claim must be dismissed.

An appropriate Order follows.

**Date: June 26, 2020**

                                                      s/Renée Marie Bumb
                                                      **RENÉE MARIE BUMB**
                                                      **United States District Judge**